**CLARK HILL LLP**
KATIE J. BRINSON (SBN 266091)
kbrinson@clarkhill.com
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone:        (213) 891-9100
Facsimile:        (213) 488-1178

**ROBINSON & COLE LLP**
SETH B. ORKAND
sorkand@rc.com (*Pro Hac Vice*)
One Boston Place, 25th floor
Boston, MA 02108
Telephone: (617) 557-5915
Facsimile: (617) 557-5999

EDWARD J. HEATH
eheath@rc.com (*Pro Hac Vice*)
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8297
Facsimile: (860) 275-8299

Attorneys for Defendant and Counter-Claimant
NEXTGEN LABORATORIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONIS HEALTH RCM, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>NEXTGEN LABORATORIES, INC.,<br><br>                              Defendant. | Case No. 8:23-cv-00111 FWS (DFMx)<br>Assigned to Hon. Fred W. Slaughter;<br>Hon. Douglas F. McCormick, Magistrate |
| NEXTGEN LABORATORIES, INC.,<br><br>                    Counter-Claimant,<br><br>       v.<br><br>CORONIS HEALTH RCM, LLC; and<br>PRACTICAL HOLDINGS, LLC,<br>F/K/A PRACTISOURCE LLC,<br><br>                    Counter-Defendants. | **NOTICE OF EX PARTE AND EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO COUNTER-DEFENDANTS' PARTIAL MOTION TO DISMISS SECOND AMENDED COUNTERCLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES** |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant and Counter-Claimant NextGen Laboratories, Inc. ("NextGen") hereby makes an *ex parte* application to the Court for leave to file the attached sur-reply of seven pages in further opposition to the Partial Motion to Dismiss Second Amended Counterclaims filed by Counter-Defendants Coronis Health RCM, LLC, and Practical Holdings, LLC f/k/a PractiSource LLC (collectively, "Counter-Defendants"). Pursuant to the Court's Procedures, the *ex parte* application is submitted on the papers. However, in the event the Court determines a hearing is appropriate, NextGen requests a hearing on June 22, 2023 at 10:00 a.m. or as soon thereafter a the matter may be heard, in Courtroom 10D of the above-captioned Court, located at 411 West 4th Street, Santa Ana, California 92701.

This *ex parte* application is based on the following memorandum filed pursuant to L.R. 7-19, the proposed order filed herewith pursuant to L.R. 7-20, and the Declaration of Seth Orkand filed herewith and upon such further oral and documentary evidence as may be presented at the hearing of this application.

Dated:     June 15, 2023

By:     */s/ Seth B. Orkand*

Katie J. Brinson
Seth B. Orkand (admitted *pro hac vice*)
Edward J. Heath (admitted *pro hac vice*)
Attorneys for Defendant and Counter-Claimant
NEXTGEN LABORATORIES, INC.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION AND RELEVANT BACKGROUND

By way of the instant *ex parte* application, NextGen seeks an order granting leave to file a sur-reply to address new legal arguments Counter-Defendants raised in their reply (ECF No. 75). The proposed sur-reply is attached hereto as <u>Exhibit A</u>. NextGen respectfully submits that good cause exists to grant this request based on the following:

On May 10, 2023, NextGen filed its Second Amended Counterclaim asserting (ECF No. 63) asserting counterclaims for fraudulent inducement, breach of contract, unjust enrichment, violations of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* ("UCL") and False Advertising Law, ("FAL") § 17500, *et seq.*, professional negligence, and negligent misrepresentation. On May 18, 2023, Counter-Defendants moved to dismiss all but NextGen's breach of contract claim. (ECF No. 66). On June 1, 2023, NextGen filed its memorandum in opposing to Counter-Defendants' motion. (ECF No. 73). On June 8, 2023, Counter-Defendants filed its reply in further support of its partial motion to dismiss. (ECF No. 75).

Counter-Defendants' reply introduces new arguments concerning the recent California Supreme Court decision in *Sheen v. Wells Fargo Bank, N.A.*, 505 P.3d 625 (Cal. 2022), challenging the applicability of the "special relationship" exception to the economic loss rule in the context of a negligence claim between parties in contractual privity, and that NextGen's UCL and FAL claims are barred by public policy. *See* ECF No. 75. Because these arguments were not raised in Counter-Defendants' initial memorandum in support of their partial motion to dismiss, NextGen did not have an opportunity to fully address them. Additionally, the reply concedes that not all of PractiSource's alleged representations are

puffery, and as such, NextGen seeks to explain the legal relevance of this partial concession.

On June 13, 2023, sought Counter-Defendants' stipulation to a motion for leave to file a sur-reply pursuant to L.R. 7-1. Counter-Defendants did not assent to such a stipulation. Given the fact that NextGen received Counter-Defendant's reply on June 8, 2023, the unlikelihood of the parties reaching agreement on the subject of this application, and the fact that the hearing on this matter is currently scheduled for June 22, 2023, NextGen respectfully submits that the instant application is necessary.

### a. Ex Parte Notice

Pursuant to L.R. 7-19, Counsel for Counter-Defendants is:

Galen D. Bellamy

Jacob A. Rey

Jacob D. Taylor

Wheeler Trigg O'Donnell LLP

370 Seventeenth Street, Suite 4500

Denver, CO 80202-5647

bellamy@wtotrial.com

rey@wtotrial.com

taylor@wtotrial.com

(303) 244-1800

and

Dean J. Zipser

Adina W. Stowell

Umberg Zipser LLP

1920 Main Street, Suite 750

Irvine, CA 92614

NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO COUNTER-DEFENDANTS' PARTIAL MOTION TO DISMISS SECOND AMENDED COUNTERCLAIMS

dzisper@umburgzipser.com

astowell@umbergzipser.com

(949) 679-0052

In light of the need to bring the instant application and pursuant to L.R. 7-10, on June 15, 2023, the undersigned counsel made a good faith effort to orally advise counsel for Counter-Defendants of the date and substance of the propose ex parte application. The undersigned counsel attempted to reach counsel for Counter-Defendants by phone at (303) 244-1800 and, when unable to do so, left a detailed voicemail. (Orkand Decl. ¶ 3) The undersigned followed up to the voicemail via e-mail and received an automated reply that Counter-Defendants' counsel is out of the office until June 20, 2023.

## II.   THE COURT CAN GRANT *EX PARTE* RELIEF

*Ex parte* relief may be granted by the Court when a moving party demonstrates prejudice and that the moving party is without fault in creating the crisis that requires the *ex parte* relief. *See Mission Power Engineering Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

## III.   GOOD CAUSE EXISTS TO GRANT THE RELIEF SOUGHT

The instant Application should be granted because the issues giving rise to the relief requested arose due to no fault of NextGen. As discussed above, the sur-reply is necessary to address new arguments raised in Counter-Defendants' reply and, as such, NextGen will be prejudiced if it is unable to put its arguments before the Court prior to the hearing scheduled for June 22, 2023. Moreover, the impending hearing date prevents NextGen from being able to seek leave to file a sur-reply on a non-*ex parte* basis.

///

## IV.    CONCLUSION

Based on the foregoing, NextGen respectfully requests the Court grant the instant ex parte application and issue an Order granting NextGen leave to file a sur-reply.

Dated:    June 15, 2023

By:    */s/ Seth B. Orkand*
Katie J. Brinson
Seth B. Orkand (admitted *pro hac vice*)
Edward J. Heath (admitted *pro hac vice*)
Attorneys for Defendant and Counter-Claimant
NEXTGEN LABORATORIES, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court of California by using the Court's CM/ECF system on June 15, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*/s/ Seth B. Orkand*
Seth B. Orkand

NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO COUNTER-DEFENDANTS' PARTIAL MOTION TO DISMISS SECOND AMENDED COUNTERCLAIMS

## DECLARATION OF SETH B. ORKAND

I, Seth B. Orkand, declare and state as follows:

1.       I am an attorney at law, duly admitted *pro hac vice* to represent NextGen in this matter.  I am a partner at the law firm of Robinson & Cole, attorneys of record for NextGen herein.

2.       The facts set forth herein are known to me personally, and if called upon to testify, I could and would competently testify thereto.  This Declaration is offered in support of NextGen's *Ex Parte* Application for Leave to File Sur-Reply in Opposition to Counter-Defendants' Partial Motion to Dismiss Second Amended Counterclaims.

3.       On June 15, 2023, I called Counter-Defendants' counsel, Galen Bellamy of Wheeler Trigg O'Donnell LLP, by phone at (303) 244-1800 to provide notice of the instant Application.  Mr. Bellamy did not answer so I left a detailed voicemail message providing notice.  I then followed up to the voicemail via e-mail and received an automated reply that Counter-Defendants' counsel is out of the office until June 20, 2023.

4.       Thereafter, I provided all counsel of record for Counter-Defendants with electronic Notice of the Ex Parte and Proposed Order.

Executed this 15th day of June, 2023, at Boston, Massachusetts.

*/s/ Seth B. Orkand*
Seth B. Orkand

NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO COUNTER-DEFENDANTS' PARTIAL MOTION TO DISMISS SECOND AMENDED COUNTERCLAIMS