Galen D. Bellamy (SBN: 231792)
bellamy@wtotrial.com
Jacob A. Rey (*pro hac vice*)
rey@wtotrial.com
Jacob D. Taylor (*pro hac vice*)
taylor@wtotrial.com
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:   303.244.1879

Dean J. Zipser (SBN: 94680)
DZipser@umbergzipser.com
Adina W. Stowell (SBN: 211719)
AStowell@umbergzipser.com
Umberg Zipser LLP
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone:  949.679.0052
Facsimile:   949.679.0461

Attorneys for Plaintiffs & Counter-Defendants
Coronis Health RCM, LLC and Practical Holdings, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONIS HEALTH RCM, LLC; and PRACTICAL HOLDINGS, LLC, F/K/A PRACTISOURCE, LLC,<br><br>Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>NEXTGEN LABORATORIES, INC,<br><br>Defendant and Counter-Claimant. | Case No.:  8:23-cv-00111-FWS-DFM<br>Assigned to Hon. Fred W. Slaughter<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT (ECF NO. 115)**<br><br>Date Filed: December 2, 2022<br>Date Removed: January 18, 2023<br>Trial Date: Not set |

On July 8, 2024, this Court took under submission the unopposed Motion to Enforce the Settlement Agreement filed by Plaintiffs Coronis Health RCM, LLC and Practical Holdings, LLC (together, "Coronis"). (ECF No. 115, 116, 117.) In the Motion to Enforce, Coronis requested that the Court enforce the terms of the settlement by dismissing NextGen's counterclaims with prejudice and entering judgment in favor of Coronis. (ECF No. 115.) NextGen filed a Notice of Non-Opposition to Coronis' Motion, expressly stating that NextGen "***does not oppose, and will not file an opposition to, Plaintiff's Motion to Enforce Settlement and Enter Judgment***." (ECF No. 116 (emphasis added).) Since the date that Coronis filed its unopposed motion, new evidence has come to light that supports an expedited determination and judgment in favor of Coronis.

First, the evidence suggests that NextGen is no longer actively engaged in business at its Newport Beach, California location. From June 6, 2024, through June 14, 2024, a process server visited NextGen's place of business three times during normal business hours to serve NextGen with a copy of Coronis' Motion to Enforce. (Aff. of Non-Service on NextGen, Ex. A; Supp. Decl. of Jacob A. Rey ¶ 2, Ex. B.) During these attempts, no one appeared to be inside, the business was closed and locked, there were no cars in the parking lot, and there were no lights visible inside.[1] (Aff. of Non-Service on NextGen, Ex. A.)

Second, NextGen no longer maintains an active website for its business. During the last several months, NextGen removed the website it formally maintained at nextgenlabs.com. *See* http://www.nextgenlabs.com; (NextGen LinkedIn Profile, Ex. C (showing http://www.nextgenlabs.com as the website for NextGen Laboratories; Supp. Decl of Jacob A. Rey ¶ 3, Ex. B).) A Google search for "NextGen Laboratories" does not reveal any active websites for the company. (Supp. Decl. of Jacob A. Rey ¶ 3, Ex. B.)

---

[1] Coronis also attempted to serve NextGen's registered agent at his personal address. NextGen's registered agent did not respond to the process server's attempts. (Aff. of Non-Service on A. Graves, Ex. D.)

Third, NextGen's counsel has not responded to undersigned counsel's attempts to contact NextGen. Counsel for Coronis has attempted to contact counsel for NextGen ***at least six times*** since May 19, 2024. (*Id.* ¶ 4.) NextGen's counsel has not returned any of these emails or voicemails. (*Id.*)

All of this evidence suggests that, once a judgment against NextGen became apparent, NextGen closed its doors and began transferring its assets elsewhere. In light of this evidence, an expedited determination of Coronis' unopposed motion is proper. Delaying entry of judgment will likely prejudice Coronis' right to collect the judgment to which it is entitled.

NextGen would not be prejudiced by an expedited determination on Coronis's unopposed motion. Indeed, NextGen does not oppose Coronis' motion.

Dated: July 25, 2024　　　　　　　　Wheeler Trigg O'Donnell LLP

　　　　　　　　　　　　　　By: */s/Jacob A. Rey*
　　　　　　　　　　　　　　　　　Galen D. Bellamy
　　　　　　　　　　　　　　　　　Jacob A. Rey (*pro hac vice*)
　　　　　　　　　　　　　　　　　Jacob D. Taylor (*pro hac vice*)

　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　Umberg Zipser LLP

　　　　　　　　　　　　　　Dean J. Zipser
　　　　　　　　　　　　　　Adina W. Stowell

　　　　　　　　　　　　　　Attorneys for Plaintiffs & Counter-Defendants Coronis Health RCM, LLC and Practical Holdings, LLC

**CERTIFICATE OF SERVICE (CM/ECF)**

    I hereby certify that on July 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                          */s/Jacob A. Rey*
                                                          Name