**NOTE: CHANGES MADE BY COURT**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONIS HEALTH RCM, LLC; and PRACTICAL HOLDINGS, LLC, F/K/A PRACTISOURCE, LLC,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>NEXTGEN LABORATORIES, INC,<br><br>    Defendant and Counter-Claimant. | Case No. 8:23-cv-00111-FWS-DFM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT [115]** |

///

///

///

1

Having reviewed and considered the Motion to Enforce Settlement and Enter Judgment, (Dkt. 115 ("Motion")), filed by Plaintiffs and Counter-Defendants Coronis Health RCM, LLC, and Practical Holdings, LLC, F/K/A Practisource, LLC (collectively, "Plaintiffs"), the Notice Of "No Opposition" to Plaintiffs' Motion to Enforce Settlement and Enter Judgment, (Dkt. 116), filed by Defendant and Counter-Claimant Nextgen Laboratories, Inc. ("Nextgen"), the other files and records of the case, the applicable law, and for the good cause appearing in the Motion, the court **GRANTS** the Motion and **ORDERS** the following:

NextGen's Second Amended Counterclaims (Dkt. 63) are **DISMISSED WITH PREJUDICE** and judgment is entered in Plaintiffs' favor pursuant to the Final Judgment entered herewith.

**IT IS SO ORDERED**.

Dated: August 12, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE