NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORONIS HEALTH RCM, LLC; and PRACTICAL HOLDINGS, LLC, F/K/A PRACTISOURCE, LLC,<br><br>    Plaintiffs and Counter-Defendants,<br><br>    v.<br><br>NEXTGEN LABORATORIES, INC,<br><br>    Defendant and Counter-Claimant. | Case No. 8:23-cv-00111-FWS-DFM<br><br>**FINAL JUDGMENT** |

///
///
///

In accordance with the court's Order granting Plaintiffs' Motion to Enforce Settlement and Enter Judgment, and pursuant to Fed. R. Civ. P. 58(a), the court enters this Final Judgment.

It is **ORDERED** that judgment is entered in favor of the Plaintiffs Coronis Health RCM, LLC and Practical Holdings, LLC (collectively, "Plaintiffs") and against the Defendant NextGen Laboratories, Inc. ("NextGen") in the amount of $858,250.00, which represents the agreed-upon settlement amount of $795,000.00; accrued interest of $13,250.00 as of May 1, 2024; and $50,000 in liquidated damages, which NextGen agreed to pay in the parties' settlement agreement.

It is **FURTHER ORDERED** that NextGen's Second Amended Counterclaims (Dkt. 63) are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that, pursuant to the parties' settlement agreement, Plaintiffs are awarded post-judgment interest at a rate of 25% per annum on the outstanding judgment amount, from May 1, 2024, through the date that NextGen fully satisfies this judgment. From May 1, 2024, through April 30, 2025, interest is accruing at a daily rate of $587.84 unless this judgment is satisfied in whole or in part.

It is **FURTHER ORDERED** that Plaintiffs are awarded a security interest in NextGen's accounts receivable for the full amount of this judgment.

It is **FURTHER ORDERED** that Plaintiffs are awarded their reasonable attorneys' fees and costs incurred in preparing and filing their Motion to Enforce Settlement and Enter Judgment and in connection with collecting this judgment.

**IT IS SO ORDERED**.

Dated:  August 12, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE